THE STATE EX REL. MITCHELL, APPELLANT, *v.* GENERAL MOTORS CORPORATION, PACKARD ELECTRIC DIVISION, ET AL., APPELLEES.

[Cite as *State ex rel. Mitchell v. Gen. Motors Corp., Packard Elec. Div.* (1998), 83 Ohio St.3d 378.]

(No. 96–1445—Submitted August 19, 1998—Decided October 14, 1998.)

*Weiner, Suit & Coury* and *Paul W. Newendorp,* for appellant.

*Vorys, Sater, Seymour & Pease, Robert A. Minor* and *Jacklyn J. Ford,* for appellee General Motors Corporation.

*Betty D. Montgomery,* Attorney General, and *David J. Kovach,* Assistant Attorney General, for appellee Industrial Commission.

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, J., dissenting. I dissent and would affirm the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.